**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE MIKHA NAGARA,<br><br>　　　　　Defendant. | Case No. 2:02-cr-00241-LRH-RJJ<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION FOR COMPASSIONATE RELEASE**<br>(First Request)<br>**AND ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Mike Mikha Nagara, that the reply to the Government's response to motion for compassionate release currently due on July 27, 2020, be vacated and continued and reset for August 3, 2020.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel was out of the office from July 20 – 24, 2020, and needs additional time to research and file a reply.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance and extension of time.

This is the first request for an extension of time.

DATED this 24th day of July 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

SEE NEXT PAGE FOR ORDER

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE MIKHA NAGARA,<br><br>    Defendant. | Case No. 2:02-cr-00241-LRH-RJJ<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the reply currently due on Monday, July 27, 2020, be filed and continued to Monday, August 3, 2020.

DATED this 27the day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3